UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 31 2017

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs | § | |
| RAMON MONTOYA | § | CRIMINAL NO. B-17-728 |
| JESUS HECTOR GARZA, JR. | | |
| GELACIO FLORES-FLORES | § | |
| RUBALDINO PECINA | | |
| SILVIA SARAI CRUZ | § | |
| RAMON MARTIN ARAMBULA | | |
| JORGE LUIS RODRIGUEZ-SANCHEZ | § | |
| LUIS CARLOS GARZA-LONGORIA | | |
| MAYRA DANIRA RODRIGUEZ | § | |
| JUANA IDALIA ALCOCER-CORDOBA | | |
| JOHN FONTENOT | § | |

**S E A L E D**
**I N D I C T M E N T**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

From on or about December 11, 2015 through on or about the date of the Indictment, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**RAMON MONTOYA,**
**RUBALDINO PECINA, and**
**SILVIA SARAI CRUZ,**

did knowingly and intentionally agree, combine, conspire, and confederate with each other and with others known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The overall scope of the conspiracy involved one hundred (100) kilograms or more of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT TWO

On or about December 11, 2015, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RAMON MONTOYA,**

did knowingly and intentionally possess with intent to distribute a quantity one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 25, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RAMON MONTOYA,**

did knowingly and intentionally possess with intent to distribute a quantity less than fifty (50) kilograms of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about April 28, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**RAMON MONTOYA,
RUBALDINO PECINA,** and
**SILVIA SARAI CRUZ,**

did knowingly and intentionally possess with intent to distribute a quantity one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FIVE

From on or about March 1, 2016, through on or about the date of the Indictment, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JESUS HECTOR GARZA, JR.,
RAMON MARTIN ARAMBULA,** and
**JORGE LUIS RODRIGUEZ-SANCHEZ,**

did knowingly and intentionally agree, combine, conspire, and confederate with others known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The overall scope of the conspiracy involved twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT SIX

On or about March 2, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JESUS HECTOR GARZA, JR.,
RAMON MARTIN ARAMBULA, and
JORGE LUIS RODRIGUEZ-SANCHEZ,**

did knowingly and intentionally possess with intent to distribute a quantity of twenty-eight (28) grams grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT SEVEN

From on or about February 29, 2016, through on or about the date of the Indictment, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**RAMON MONTOYA,
JESUS HECTOR GARZA, JR., and
LUIS CARLOS GARZA-LONGORIA,**

did knowingly and intentionally agree, combine, conspire, and confederate with others known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The overall scope of the conspiracy involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT EIGHT

On or about February 29, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RAMON MONTOYA,**
**JESUS HECTOR GARZA, JR., and**
**LUIS CARLOS GARZA-LONGORIA,**

did knowingly and intentionally possess with intent to distribute a quantity of five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT NINE

On or about March 6, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS HECTOR GARZA, JR.,**

did knowingly and intentionally possess with intent to distribute a quantity of five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT TEN

On or about March 7, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS HECTOR GARZA, JR.,**

did knowingly and intentionally possess with intent to distribute a quantity of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about May 19, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**RAMON MONTOYA, and
JESUS HECTOR GARZA, JR.,**

did knowingly and intentionally possess with intent to distribute a quantity of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TWELVE

From on or about April 29, 2016, through on or about the date of the Indictment, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**RAMON MONTOYA,
JESUS HECTOR GARZA, JR.,
GELACIO FLORES-FLORES,
MAYRA DANIRA RODRIGUEZ,
JUANA IDALIA ALCOCER-CORDOBA, and
JOHN FONTENOT,**

did knowingly and intentionally agree, combine, conspire, and confederate with others known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The overall scope of the conspiracy involved fifty (50) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT THIRTEEN

On or about April 29, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**RAMON MONTOYA,
JESUS HECTOR GARZA, JR.,
GELACIO FLORES-FLORES,** and
**JOHN FONTENOT,**

did knowingly and intentionally possess with intent to distribute a quantity of fifty (50) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

On or about May 28, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**RAMON MONTOYA,
GELACIO FLORES-FLORES,
MAYRA DANIRA RODRIGUEZ,
JUANA IDALIA ALCOCER-CORDOBA,** and
**JOHN FONTENOT,**

did knowingly and intentionally possess with intent to distribute a quantity of fifty (50) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE
[Title 21, United States Code, Section 853]

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the Defendants, **RAMON MONTOYA, JESUS HECTOR GARZA, JR., GELACIO FLORES-FLORES, RUBALDINO PECINA, SILVIA SARAI CRUZ, RAMON MARTIN ARAMBULA, JORGE RODRIGUEZ, LUIS CARLOS GARZA-LONGORIA, MAYRA DANIRA RODRIGUEZ, JUANA IDALIA ALCOCER-CORDOBA** and **JOHN FONTENOT**, that in the event of a conviction for a violation of Title 21, United States Code, Sections 846 or 841, the following are subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and

(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture. The United States may seek the imposition of a money judgment.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

*Karen Betancourt*
Karen Betancourt
Assistant United States Attorney

8